## WEST v. STATE.
### No. 18776.

Court of Criminal Appeals of Texas.

Feb. 3, 1937.

Frank D. Ivey and Leo Darley, both of Dallas, for appellant.

Lloyd W. Davidson State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery with firearms is the offense; penalty assessed at confinement in the penitentiary for twenty-five years.

The evidence heard in the trial court is not brought up for review. No complaint of the procedure has been presented by bills of exception or otherwise.

The judgment is affirmed.

## PALMER v. STATE.
### No. 18790.

Court of Criminal Appeals of Texas.

Feb. 3, 1937.

J. D. Willis, of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery; punishment assessed being five years' confinement in the penitentiary.

The indictment properly charges the offense. The record is before us without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.